UNITED STATES DISTRICT COURT
Western District of Tennessee

Thomas M. Gould
Clerk of Court

| | |
|---|---|
| Memphis | 901-495-1200 |
| Fax | 901-495-1250 |
| Jackson | 731-421-9200 |
| Fax | 901-427-9210 |

DATE: August 5, 2005

NOTICE TO ALL PARTIES

RE:  CRIMINAL CASE NO.   05-20259
     UNITED STATES OF AMERICA vs. DARREL K. MCGARITY

\_\_\_\_ RULE 20 (Consent to Transfer of Case for Plea and Sentence)

\_XX\_ RULE 40 TRANSFER

Following documents received from USDC of Western District of Texas (1)Warrant for Arrest (2)Copy of Indictment (3) Certified Copy of Initial Appearance (4)Wavier of Rule 5 Hearing (5) Original Order Setting Conditions of Release (6)Appearance Bond (7)Original Holding Defendant to Appear. Please refer to document #4 in the case record.

Sincerely,

Thomas M. Gould,
Clerk of Court

BY: _____
      Deputy Clerk

cc: Mag. Judge Case mgr.

242 Federal Building
167 North Main Street
Memphis, Tennessee 38103

101 Federal Building
109 South Highland Avenue
Jackson, Tennessee 38301

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CR-20259 was distributed by fax, mail, or direct printing on August 5, 2005 to the parties listed.

Stephen C Parker
167 N. MAIN, 8th Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT