FILED BY_____D.C.

# UNITED STATES DISTRICT COURT

05 SEP 20 AM 10: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

Thomas M. Gould
Clerk of Court

Memphis     901-495-1200
Fax         901-495-1250
Jackson     901-427-6586
Fax         901-427-9210

DATE:       September 20, 2005

NOTICE TO ALL PARTIES

RE:         CRIMINAL CASE NO.  05-20259-D
            UNITED STATES OF AMERICA vs. Darrel McGarity

   \_\_\_\_   RULE 20 (Consent to Transfer of Case for Plea and
          Sentence)

   XX     RULE 40 TRANSFER

Documents, certified copy of initial appearance proceeding memo, original waiver of Rule 5 hearing and original Order of Removal as to the above-named defendant, have been received from the United States District Court, Western District of Texas. Please refer to document #9 in the case record.

                              Sincerely,

                              Thomas M. Gould,
                              Clerk of Court

                              BY: *Judy Lashley*
                                  Deputy Clerk

cc: Mag. Tu M. Pham
    Casemanager



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CR-20259 was distributed by fax, mail, or direct printing on September 20, 2005 to the parties listed.

Stephen C Parker
167 N. MAIN, 8th Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT