IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 NOV 28 PM 5:36

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA )
    Plaintiff, )
 )
VS. )   CR. NO. 05-20259-D
 )
DARREL K. MCGARITY )
    Defendant. )

## ORDER ON CHANGE OF PLEA AND **SETTING**

    This cause came on to be heard on November 28, 2005, the United States Attorney for this district, Stephen C. Parker, appearing for the Government and the defendant, Darrel K. McGarity, appearing in person and with counsel, Randolph W. Alden, who represented the defendant.

    With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

    Plea colloquy was held and the Court accepted the guilty plea.

    **SENTENCING** in this case is **SET** for **WEDNESDAY, FEBRUARY 15, 2006, at 1:30 P.M., before Judge Bernice B. Donald.**

    Defendant is remanded to the custody of the U. S. Marshal.

    **ENTERED** this the 28 day of November, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-29-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:05-CR-20259 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

Stephen C Parker
167 N. MAIN, 8th Floor
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT